Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Amy L. Baker, Bar No. 11907
amy.baker@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*F.P. Holdings L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELISABETE SANTOS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> F.P. HOLDINGS LP d/b/a THE PALMS CASINO RESORT; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive. <br><br> Defendants. | Case No.: 2:14-cv-01687-RFB-GWF <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Elisabete Santos, by and through her counsel Kang & Associates, PLLC, and Defendant FP Holdings LP, by and through its counsel Jackson Lewis, P.C., that the above entitled matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this 13th day of April, 2015.                     Dated this 13th day of April, 2015

KANG & ASSOCIATES, PLLC                          JACKSON LEWIS P.C.

  /s/ Kyle R. Tatum                                              /s/ Amy L. Baker
Patrick W. Kang, Esq.                                      Elayna J. Youchah, Esq.
Kyle R. Tatum, Esq.                                         Amy L. Baker, Esq.
6480 W. Spring Mountain Rd., Suite 1           3800 Howard Hughes Pky., Suite 600
Las Vegas, Nevada 89103                              Las Vegas, Nevada 89169
*Attorneys for Plaintiff Panjak Pandhi*            *Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear their own attorney fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of April, 2015.

JACKSON LEWIS P.C.
LAS VEGAS